FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER A.,[1]<br><br>            Plaintiff,<br><br>vs.<br><br>MICHELLE A. KING, ACTING COMMISSIONER OF SOCIAL SECURITY,[2]<br><br>            Defendant. | No. 2:24-cv-00240-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE**<br><br>**ECF Nos. 8, 14** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 14, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. §

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

[2] Pursuant to Federal Rule of Civil Procedure 25(d), Michelle King, Acting Commissioner of Social Security, is substituted as the named Defendant.

ORDER - 1

405(g).  Attorney Chad Hatfield represents Plaintiff.  Attorney W. Brian Jones represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following instructions.  On remand, the Appeals Council will instruct the ALJ to:

- Further consider the medical opinions;
- Further consider the severity of Plaintiff's medically determinable impairments;
- Offer Plaintiff the opportunity for another hearing;
- Take further action to complete the administrative record; and
- Issue a new decision.

*See* ECF No. 14 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 8**, is **STRICKEN AS MOOT**.

ORDER - 2

5.      Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

6.      The District Court Executive is directed to update the docket sheet to reflect the substitution of Michelle King, Acting Commissioner of Social Security, as Defendant.

The District Court Executive is directed to enter this Order, **enter Judgment in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

DATED January 27, 2025.

<u>s/Robert H. Whaley</u><br>
ROBERT H. WHALEY<br>
Senior United States District Judge

ORDER - 3